■ FREDERICK R. RUSSELL, as Administrator of the Estate of JILL C. CAHILL, Deceased, Respondent, v JAMES F. CAHILL, III, Defendant, and DOYLE PROTECTIVE SERVICES, INC., et al., Appellants. [748 NYS2d 80] —Appeal from an order of Supreme Court, Onondaga County (McCarthy, J.), entered March 5, 2002, which denied the summary judgment motion of defendants Doyle Protective Services, Inc. and The Doyle Group, Inc.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga

County, McCarthy, J. Present—Wisner, J.P., Hurlbutt, Scudder and Kehoe, JJ.